IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILLIAM ELDA FARNBAUGH,**
    **Plaintiff,**

vs.                                  Case No. 3:06cv268/LAC/MD

**JAMES MCDONOUGH, et al.,**
    **Defendants.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. On August 13, 2006 plaintiff filed a notice with the court indicating that he is unable to adequately prosecute this civil rights case at this time (doc. 13). Plaintiff requests that the court dismiss his case without prejudice, and return all exhibits to him. Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be dismissed without prejudice, and that the exhibits attached to plaintiff's amended complaint (doc. 8) be returned to him.[1]

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 17th day of August, 2006.

/s/ *Miles Davis*
    MILES DAVIS
    UNITED STATES MAGISTRATE JUDGE

---

[1] There are six exhibits attached to the amended complaint (doc. 8). The exhibits total 33 pages, including the cover pages identifying the exhibit numbers.

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** ***United States v. Roberts***, **858 F.2d 698, 701 (11th Cir. 1988).**