IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILLIAM ELDA FARNBAUGH,**
  **Plaintiff,**

**vs.**           **CASE NO.: 3:06cv268/LAC/MD**

**JAMES MCDONOUGH, et al.,**
  **Defendants.**

___

**O R D E R**

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 17, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed

  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. This cause is DISMISSED WITHOUT PREJUDICE and the exhibits attached to plaintiff's amended complaint (doc. 8) are to be returned to him.[1]

  DONE AND ORDERED this 19th day of September, 2006.

              *s/L.A. Collier*
              **LACEY A. COLLIER**
              **SENIOR UNITED STATES DISTRICT JUDGE**

___

  [1]There are six exhibits attached to the amended complaint (doc. 8). The exhibits total 33 pages, including the cover pages identifying the exhibit numbers.